# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-288-GCM

| | |
|---|---|
| LANNY DARRELL DRUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. The Honorable Graham C. Mullen has requested that the undersigned schedule and conduct a Judicial Settlement Conference in this case.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene at 9:30 a.m. on Tuesday, June 7, 2016, in Courtroom #1-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #1-1 and its attached conference rooms.

**IT IS FURTHER ORDERED** that the dispositive motions deadline is extended to **June 17, 2016**.

**SO ORDERED**.

Signed: April 27, 2016

David C. Keesler
United States Magistrate Judge